## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMEER MOHAMMAD BARAT AND B&S LIGHTING & FURNITURE INC.,** | : | |
| | : | |
| | : | Civil Action No.: |
| | : | 3:25-CV-00181-JKM |
| | : | Hon. Julia K Munley |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **B AND S LIGHTING AND FURNITURE OUTLET INC.,** | : | |
| | : | |
| And | : | **PROPOSED ORDER** |
| | : | |
| **SOHRAB BARAT,** | : | |
| | : | |
| And | : | |
| | : | |
| **ILLUMINAIRE LIGHTING AND FURNITURE LLC.,** | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on application by Plaintiffs, Sameer Barat and B&S Lighting & Furniture, Inc. (together, the "Plaintiffs"), by their undersigned counsel, seeking a temporary restraining order and preliminary injunction, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, against Defendants B and S Lighting and Furniture Outlet, Inc, Sohrab Barat,

1

Illuminaire Lighting and Furniture, LLC ("Defendants"), and the Court having considered the facts set forth in the Complaint and the arguments set forth in Plaintiffs' Memorandum of Law in Support of this application and filed herewith, and the Court having determined that this matter may be commenced by order to show cause; and for good cause shown:

**IT IS** this ___ day of _____, 2025 hereby **ORDERED** that:

Defendants or their attorneys, shall show cause, if any there be, before this Court on the ____ day of _____, 2025, at _____ a.m/p.m., in courtroom ____ of the Honorable _____, United States District Judge for the Middle District of Pennsylvania, at the United States District Court for the Middle District of Pennsylvania, William J. Nealon Federal Building and United States Courthouse, 235 N. Washington Avenue, Scranton, Pennsylvania 18503, or as soon thereafter as counsel may be heard, why a temporary restraining order should not be entered:

Enjoining Defendants and each of their officers, agents, representatives, employees, attorneys, successors, assigns, affiliates, and any persons in privity or active concert or participation with any of them, enjoining and restraining them from:

A. Acting as the Owner/President and/or any kind of agent/representative of Plaintiffs and/or Defendant, B and S Lighting and Furniture Outlet Inc. (the Pennsylvania Corporation at issue in the matter herein);

2

B.  Contacting Plaintiffs' and/or B and S Lighting and Furniture Outlet Inc.'s (the Pennsylvania Corporation at issue herein) customers, clients, vendors, contractors, suppliers, and/or any other entity/individual they have a business relationship with;

C.  Infringing Upon Plaintiffs' Trademark;

D.  Utilizing the Service Trademark entitled B&S LIGHTING INC B&S CHANDELIERS with a US Serial Number of 87562474, US Registration Number of 5583577 and further characterized as follows:

AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S);

The mark consists of "B&S LIGHTING INC" stylized at the top and "B&S" stylized below where the "&" symbol appears to looks like a swan and "CHANDELIERS" below as shown below:



E.  Utilizing the following website: wsss; Defendants are also to immediately take down and remove the foregoing website;

F.  Registering, using, or trafficking with any other entity, individual, and/or website/domain names that are identical or confusingly similar to Plaintiffs', B and S Lighting and Furniture Outlet Inc. and/or the Trademark;

G.  Order Defendants to file with the Court and serve on Plaintiffs within thirty days (30) after issuance of this interim injunction a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with this interim injunction;

H.  Order Defendants to account to Plaintiffs for, and disgorge to Plaintiffs, all profits they have derived as a result of the unlawful acts complained of above and actual damages, trebled under 15 U.S.C. § 1117, in an amount to be proved at trial, or in the alternative statutory damages of $100,000 per domain name, as elected by Plaintiffs;

I.  Award Plaintiffs their costs in this action; and

J.  Award Plaintiffs their reasonable attorneys' fees;

4

A copy of the Brief, Complaint, and Order to Show Cause shall be served on Defendants within _____ days, as follows:

> [ ] personally;
> [ ] by Federal Express for overnight delivery;
> [ ] by Certified Mail; and/or

Plaintiffs shall also serve process in accordance with the Federal Rules of Civil Procedure and/or as otherwise directed by this Court.

The Court shall hold a hearing on Plaintiffs' Motion for Preliminary Injunction on the _____ day of _____, 2025, at _____ a.m/p.m., in courtroom _____ of the Honorable _____, United States District Judge for the Middle District of Pennsylvania, at the United States District Court for the Middle District of Pennsylvania, William J. Nealon Federal Building and United States Courthouse, 235 N. Washington Avenue, Scranton, Pennsylvania 18503, to determine whether to convert the temporary restraining order into a preliminary injunction enjoining Defendants from _____.

Defendants Answering Memoranda of Law and supporting papers, if any, shall be filed with the Court and served so as to be received by Plaintiffs' attorneys, on or before _____, 2025. Plaintiffs shall file their Reply, if any, no later than _____, 2025.

_____

U.S.D.J
