IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMEER MOHAMMAD BARAT; and B&S LIGHTING & FURNITURE INC., | : : : | No. 3:25cv181 |
| Plaintiffs | : : | (Judge Munley) |
| v. | : : : | |
| B AND S LIGHTING AND FURNITURE OUTLET INC.; SOHRAB BARAT; and ILLUMINAIRE LIGHTING AND FURNITURE LLC, | : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 13th day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss or in the alternative, motion to stay this action pursuant to the <u>Colorado River</u> abstention doctrine, (Doc. 15), is **DENIED**;

2) Defendants' motion to dismiss plaintiffs' claim for intentional interference with contractual relations in Count III, (Doc. 17), is **DENIED**; and

3) Defendants' motion to dismiss plaintiffs' claim for misappropriation of trade secrets in Count IV, (Doc. 16), is also **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court